IN THE COURT OF APPEALS OF MARYLAND


No.110


September Term, 2013

_____


CLAUDIA NATALIE CABRERA


v.


CECELIA R. PENATE, et al.

_____



Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

                    JJ.


_____



PER CURIAM ORDER

_____



Filed: May 1, 2014

_____

```
CLAUDIA NATALIE CABRERA        *     IN THE

                               *     COURT OF APPEALS

        v.                     *     OF MARYLAND

                               *     No. 110

CECELIA R. PENATE, et al.      *     September Term, 2013
```

**PER CURIAM ORDER**

For reasons to be stated in an opinion later to be filed, it is this 1ST day of May, 2014,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Prince George's County be, and it is hereby, affirmed.  Costs to be paid by the Appellant.  Mandate to issue forthwith.

/s/ Mary Ellen Barbera

Chief Judge
